AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

B-00-178

Service of the Summons and Complaint was made by me [1]

DATE: Dec 6, 2000

NAME OF SERVER (PRINT): Rey Draper

TITLE: Civil Process Server

④

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 118 E. Tyler St

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
DEC 2 0 2000
Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec 6, 2000
Date

Signature of Server: Rey Draper

Address of Server: 624 S. Pleasant View Dr #17, Weslaco Tx 78596

United States District Court
Southern District of Texas
RECEIVED
DEC 20 2000
Michael N. Milby, Clerk of Court
432 pu

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.