AO 440 (Rev. 10/93) Summons in a Civil Action   (Reverse)

# RETURN OF SERVICE

B-00-178

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Dec 12, 2000 |
| NAME OF SERVER (PRINT) Rey Draper | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 964 E. Harrison St.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

DEC 20 2000

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec 12, 2000
        Date

Signature of Server: Rey Draper

Address of Server: 624 S. Pleasant View Dr. #17 Weimar, Tx 78956

United States District Court
Southern District of Texas
RECEIVED
DEC 20 2000
Michael N. Milby, Clerk of Court
4:32 PM

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.