7

United States District Court
Southern District of Texas
FILED

FEB 16 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DENNIS ZAMARRON AND | § | |
| JOE RUBIO, JR. | § | |
| | § | CIVIL ACTION NO. B-00-178 |
| VS. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS AND | § | |
| COUNTY OF CAMERON | § | |

### DEFENDANT CITY OF HARLINGEN'S DISCLOSURE OF PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parted, Defendant City of Harlingen's counsel certifies that the only person, associations, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. Plaintiff Dennis Zamarron

2. Plaintiff Joe Rubio, Jr.

3. Defendant City of Harlingen

4. Defendant County of Cameron

5. Texas Municipal League

6. Texas Municipal League Intergovernmental Risk Pool

Signed on February 15, 2001

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
USDC Adm. No. 22968

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **DEFENDANT CITY OF HARLINGEN'S DISCLOSURE OF INTERESTED PARTIES** on, February 15, 2001 has been served via certified mail, return receipt requested to:

Mr. Jerry J. Trevino
Law Office of Jerry J. Trevino
125 South Port Avenue
Corpus Christi, Texas 78405

Mr. Francisco J. Martinez
Assistant County Attorney
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520

_____
Ryan Henry