8

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

DENNIS ZAMARRON, ET AL §
§
§
versus §  CIVIL ACTION: B: 00-178
§
§
CITY OF HARLINGEN, ET AL §

## Order Resetting Conference

The intial pre-trial conference set for *March 26, 2001,* has been reset to:

### April 16, 2001 at 2:30 p.m.

Signed on _March 5_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge