9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DENNIS ZAMARRON AND ) | |
| JOE RUBIO, JR. ) | |
| ) | |
| VS. ) | |
| ) | CIVIL ACTION NO. B-00-178 |
| ) | MOTION FOR CONTINUANCE |
| CITY OF HARLINGEN, TEXAS AND ) | UNOPPOSED |
| COUNTY OF CAMERON ) | |

**DEFENDANT, CAMERON COUNTY'S
MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, CAMERON COUNTY, in this case and moves the court to continue the initial pre-trial conference set in the above numbered cause and in support would show this Court the following:

1. On March 5, 2001 the date for the initial pre-trial conference in the above numbered case was reset from March 26, 2001 to April 16, 2001, at 2:30 p.m.

2. Prior to receiving notice of the reset, counsel for Movant had made plans to be out of the country from April 8, 2001 through April 16, 2001 inclusive. The trip involves coordinating the itineraries of counsel and family members with the available schedules of air and watercraft common carriers.

3. Counsel for Movant is aware of the importance of this setting, Movant has a pending 12(b)(6) motion to dismiss. Counsel was initially assigned to this case, is familiar with it, and would best be able to represent Movant at the pre-trial

conference. The other attorney in our civil section handles state forfeiture cases almost exclusively and is not familiar with this matter.

4. Counsel for Movant respectfully requests that the pre-trial conference be reset for a later date. Opposing counsel and co-defendant's counsel are unopposed to this motion. This motion for continuance is not for the purpose of delay.

Wherefore, counsel for movant respectfully requests:

That Movant's motion for continuance be granted and;

That the Court grant Movant such other relief and the Court may deem proper.

Respectfully submitted,

YOLANDA DE LEÓN
COUNTY (CRIMINAL DISTRICT) ATTORNEY

Cameron County Courthouse
974 E. Harrison Street Brownsville, Texas 78520
Phone: 956-544-0849
Fax No.: 956-544-0869

BY: _____
Francisco J. Martinez
Assistant County Attorney
Texas State Bar No. 13141900
Federal Admission No.: 17477

ATTORNEY FOR CAMERON COUNTY

2

## CERTIFICATE OF CONFERENCE

This is to certify that counsel has conferred by telephone with the Office of Jerry Trevino, counsel for Plaintiffs and Mr. Ryan Henry, Willette & Guerra L.L.P., Counsel for Defendant City of Harlingen and both are unopposed to this motion for continuance.

Francisco J. Martinez

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above motion, and proposed order has been served on all counsel of record by forwarding a copy of same according to the rules.

Francisco J. Martinez

3