11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 14 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Zamarron, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-178 |
| City of Harlingen, Tex. et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on March 12, 2001, the Court having dismissed the Plaintiffs' federal causes of action with prejudice and the Plaintiffs' state law claims against the City of Harlingen without prejudice for lack of subject matter jurisdiction, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 13 day of March 2001.

_____
Hilda G. Tagle
United States District Court Judge