12

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DENNIS ZAMARRON AND JOE RUBIO, JR., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | NOTICE OF APPEAL |
| CITY OF HARLINGEN, TEXAS AND COUNTY OF CAMERON, | § § § | |
| DEFENDANTS. | § § | CIVIL ACTION NO. B-00-178 |

**NOTICE OF APPEAL TO A COURT OF APPEALS FROM
A JUDGMENT AND ORDER OF A DISTRICT COURT**

Notice is hereby given that Dennis Zamarron and Joe Rubio, Jr., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment and order dismissing Plaintiffs' complaint for failure to state a cause of action based on 42 U.S.C. 1983 that was entered in this cause on the 13 day of March, 2001.

Respectfully submitted,

LAW OFFICE OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228
Federal I.D. No. 15031

Attorney for Plaintiffs-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Notice of Appeal to a Court of Appeals from a Judgment and Order of a District Court was served upon counsel of record listed below via certified mail, return receipt requested on this 10th day of April, 2001.

Ms. Yolanda De Leon, District Clerk
COUNTY OF CAMERON
974 E. Harrison
Brownsville, Texas 78520

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

_____
Jerry L. Treviño

ClibPDF - www.fastio.com