IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-40416

---

DENNIS ZAMARRON; JOE RUBIO, JR

Plaintiffs - Appellants

v.

CITY OF HARLINGEN TX; COUNTY OF CAMERON

Defendants - Appellees

CA B-00-178

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 24, 2001 for want of prosecution. The appellant failed to timely file brief and record excerpts.

```
                        CHARLES R. FULBRUGE III
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                   By:  _____
                        Nancy Dolly, Deputy Clerk

                   FOR THE COURT - BY DIRECTION
```

DIS-2

United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

U.S. District Court
Southern District of Texas
RECEIVED
AUG 3 0 2001
11:17 AM
Michael N. Milby, Clerk

MAIL

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

August 24, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 01-40416   Zamarron v. City of Harlingen
USDC No. B-00-CV-178

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned at a later date.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Nancy Dolly, Deputy Clerk
504-589-6514  ITCM # 179

cc: w/encl:
    Mr Jerry J Trevino
    Mr Ryan Scott Henry
    Mr Francisco J Martinez
    Mr Robert H Moore Jr

MDT-1